1   Gregory L. Lippetz (State Bar No. 154228)
    glippetz@JonesDay.com
2   Kathleen D. Lynott (State Bar No. 268387)
    JONES DAY
3   1755 Embarcadero Road
    Palo Alto, CA  94303
4   Telephone: 1.650.739.3939
    Facsimile:  1.650.739.3900
5
    Steven J. Corr (State Bar No. 216243)
6   sjcorr@JonesDay.com
    JONES DAY
7   555 South Flower Street
    Los Angeles, CA 90071
8   Telephone: 1.213.243.2327
    Facsimile: 1.213.243.2539
9
    Attorneys for Defendant
10  SMART STORAGE SYSTEMS, INC.

11
                    **UNITED STATES DISTRICT COURT**
12
           **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**
13

14
    **NETLIST, INC.,**                    Case No. **13-cv-00996 DOC (JPR)**
15
                **Plaintiff,**            JURY TRIAL DEMANDED
16
    **v.**                                **DEFENDANT SMART**
17                                         **STORAGE SYSTEMS, INC.'S**
    **SMART MODULAR**                      **ANSWER, AFFIRMATIVE**
18  **TECHNOLOGIES, INC., SMART**          **DEFENSES, AND**
    **STORAGE SYSTEMS, INC.,**             **COUNTERCLAIMS TO**
19  **SMART WORLDWIDE**                    **PLAINTIFF'S FIRST**
    **HOLDINGS, INC., AND DIABLO**         **AMENDED COMPLAINT**
20  **TECHNOLOGY, INC.,**
                                           Judge: Hon. David O. Carter
21              **Defendants.**            Trial Date: Not Set

22

23

24

25

26

27

28

SVI-135376v2

SMART Storage System, Inc. ("SMART Storage"), by and through its undersigned counsel, hereby provides its Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint (the "Complaint") brought by Netlist, Inc.("Netlist").

## ANSWER

SMART Storage denies each and every averment set forth in the Complaint except for those averments expressly and specifically admitted below. SMART Storage also specifically denies each and every averment of patent infringement set forth in the Complaint. With respect to each of the numbered paragraphs of the Complaint, SMART Storage responds as follows:

## NATURE OF THE ACTION

1. SMART Storage admits that Netlist brought this action against Defendants seeking relief for alleged patent infringement, violation of federal antitrust laws, violation of the Lanham Act, and violation of state law. SMART Storage denies the remaining allegations in paragraph 1.

## PARTIES

2. SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 2 of the Complaint, and therefore denies the same.

3. SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 3 of the Complaint, and therefore denies the same.

4. SMART Storage admits that it is a wholly owned subsidiary of SanDisk Corporation, which is a Delaware corporation with its principal place of business at 951 SanDisk Drive, Milpitas, California 95035. SMART Storage denies the remaining allegations in paragraph 4.

5. SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 5 of the Complaint, and

1    therefore denies the same.

2        6.   SMART Storage lacks knowledge or information sufficient to form a belief

3    about the truth of the allegations set forth in paragraph 6 of the Complaint, and

4    therefore denies the same.

5                          **JURISDICTION AND VENUE**

6        7.   SMART Storage admits that Netlist's  allegations of patent infringement

7    purport to arise under Title 35 of the United States Code, Netlist's allegations of

8    trade secret misappropriation arise under the Lanham Act, and Netlist's allegations

9    of antitrust arise under federal law, but denies that such allegations are meritorious.

10   SMART Storage admits that this Court has supplemental jurisdiction for Netlist's

11   related state law claims under 28 U.S.C. § 1367.  SMART Storage denies the

12   remaining allegations in paragraph 7.

13       8.   SMART Storage admits that it has conducted business within the State of

14   California and this district.  SMART Storage lacks knowledge or information

15   sufficient to form a belief about the truth of the remaining allegations set forth in

16   paragraph 8 of the Complaint, and therefore denies the same.

17                          **GENERAL ALLEGATIONS**

18       9.   SMART Storage denies the allegations contained in paragraph 9.

19       10.  With respect to each of the lettered paragraphs under paragraph 10, SMART

20   Storage responds as follows:

21            a.  SMART Storage lacks knowledge or information sufficient to form a

22                belief about the truth of the allegations set forth in this paragraph of

23                the Complaint, and therefore denies the same.

24            b.  SMART Storage lacks knowledge or information sufficient to form a

25                belief about the truth of the allegations set forth in this paragraph of

26                the Complaint, and therefore denies the same.

27            c.  SMART Storage lacks knowledge or information sufficient to form a

28                belief about the truth of the allegations set forth in this paragraph of

SVI-135376v2                          - 2 -                SMART Storage Answer and Counterclaims
                                                          Case No. 13-cv-00996 DOC (JPR)

1   the Complaint, and therefore denies the same.

2      d.  SMART Storage lacks knowledge or information sufficient to form a

3         belief about the truth of the allegations set forth in this paragraph of

4         the Complaint, and therefore denies the same.

5      e.  SMART Storage lacks knowledge or information sufficient to form a

6         belief about the truth of the allegations set forth in this paragraph of

7         the Complaint, and therefore denies the same.

8      f.  SMART Storage admits that in April 2013, it was announced that

9         SMART Storage and Diablo Technologies, Inc. ("Diablo") had entered

10        into an exclusive relationship related to Flash storage technology.

11        SMART Storage admits that in August 2013, it announced a new

12        product, ULLtraDIMM, and stated publicly, "The ULLtraDIMM SSD

13        connects flash directly to the CPU through the memory channel by

14        leveraging a technology to which they have exclusive access, Diablo

15        Technologies' Memory Channel Storage (MCS) architecture."

16        SMART Storage denies the remaining allegations in this paragraph.

17     g.  SMART Storage lacks knowledge or information sufficient to form a

18        belief about the truth of the allegations set forth in this paragraph of

19        the Complaint, and therefore denies the same.

20     h.  SMART Storage lacks knowledge or information sufficient to form a

21        belief about the truth of the allegations set forth in this paragraph of

22        the Complaint, and therefore denies the same.

23     i.  SMART Storage lacks knowledge or information sufficient to form a

24        belief about the truth of the allegations set forth in this paragraph of

25        the Complaint, and therefore denies the same.

26  11.  SMART Storage denies that Netlist is entitled to any relief.

27  12.  SMART Storage admits that on its face, U.S. Patent No. 8,001,434 ("the

28  '434 Patent"), entitled "Memory board with self-testing capability," has an issue

1   date of August 16, 2011; names Ladera Hyun Lee, Jayesh R. Bhakta, and Soonju

2   Choi as inventors; and lists Netlist, Inc. as the assignee. SMART Storage admits

3   that what appears to be a true and correct copy of the '434 Patent is attached to the

4   Complaint as Exhibit A. SMART Storage lacks knowledge or information

5   sufficient to form a belief about the truth of the allegations set forth paragraph 12 of

6   the Complaint, and therefore denies the same.

7       13. SMART Storage admits that on its face, U.S. Patent No. 8,301,833 ("the

8   '833 Patent"), entitled "Non-volatile memory module," has an issue date of October

9   30, 2012; names Chi-She Chen, Jeffrey C. Solomon, Scott Milton and Jayesh

10  Bhakta as inventors; and lists Netlist, Inc. as the assignee. SMART Storage admits

11  that what appears to be a true and correct copy of the '833 Patent is attached to the

12  Complaint as Exhibit B. SMART Storage lacks knowledge or information

13  sufficient to form a belief about the truth of the allegations set forth in paragraph 13

14  of the Complaint, and therefore denies the same.

15      14. SMART Storage admits that on its face, U.S. Patent No. 8,359,501 ("the

16  '501 Patent"), entitled "Memory board with self-testing capability," has an issue

17  date of January 22, 2013; names Ladera Hyun Lee, Jayesh R. Bhakta, and Soonju

18  Choi as inventors; and lists Netlist, Inc. as the assignee. SMART Storage admits

19  that what appears to be a true and correct copy of the '501 Patent is attached to the

20  Complaint as Exhibit C. SMART Storage lacks knowledge or information

21  sufficient to form a belief about the truth of the allegations set forth in paragraph 14

22  of the Complaint, and therefore denies the same.

23      15. SMART Storage admits that on its face, U.S. Patent No. 8,516,185 ("the

24  '185 Patent"), entitled "System and method utilizing distributed byte-wise buffers

25  on a memory module," has an issue date of August 20, 2013, names Ladera Hyun

26  Lee and Jayesh R. Bhakta as inventors; and lists Netlist, Inc. as the assignee.

27  SMART Storage admits that what appears to be a true and correct copy of the '185

28  is attached to the Complaint as Exhibit D. SMART Storage lacks knowledge or

SMART Storage Answer and Counterclaims
Case No. 13-cv-00996 DOC (JPR)

1  information sufficient to form a belief about the truth of the allegations set forth in

2  paragraph 15 of the Complaint, and therefore denies the same..

3      16.  SMART Storage admits that on its face, U.S. Patent No. 8,516,187 ("the

4  '187 Patent"), entitled "Data transfer scheme for non–volatile memory module,"

5  has an issue date of August 20, 2013; names Chi-She Chen, Jeffrey C. Solomon,

6  Scott Milton, and Jayesh Bhakta as inventors; and lists Netlist, Inc. as the assignee.

7  SMART Storage admits that what appears to be a true and correct copy of the '187

8  Patent is attached to the Complaint as Exhibit E.  SMART Storage lacks knowledge

9  or information sufficient to form a belief about the truth of the allegations set forth

10  in paragraph 16 of the Complaint, and therefore denies the same.

11      17.  SMART Storage admits the allegations contained in paragraph 17.

12      18.  SMART Storage admits that on August 8, 2013, it stated, "The

13  ULLtraDIMM has begun sampling with select customers."  SMART Storage denies

14  the remaining allegations contained in paragraph 18.

15      19.  SMART Storage denies the allegations contained in paragraph 19.

16      20.  With respect to each of the lettered paragraphs under paragraph 20, SMART

17  Storage responds as follows:

18          a.  SMART Storage lacks knowledge or information sufficient to form a

19  belief about the truth of the allegations set forth in this paragraph of

20  the Complaint, and therefore denies the same.

21          b.  SMART Storage lacks knowledge or information sufficient to form a

22  belief about the truth of the allegations set forth in this paragraph of

23  the Complaint, and therefore denies the same.

24          c.  SMART Storage lacks knowledge or information sufficient to form a

25  belief about the truth of the allegations set forth in this paragraph of

26  the Complaint, and therefore denies the same.

27          d.  SMART Storage lacks knowledge or information sufficient to form a

28  belief about the truth of the allegations set forth in this paragraph of

1    the Complaint, and therefore denies the same.

2        e.  SMART Storage lacks knowledge or information sufficient to form a

3           belief about the truth of the allegations set forth in this paragraph of

4           the Complaint, and therefore denies the same.

5        f.  SMART Storage lacks knowledge or information sufficient to form a

6           belief about the truth of the allegations set forth in this paragraph of

7           the Complaint, and therefore denies the same.

8    21.  SMART Storage lacks knowledge or information sufficient to form a belief

9  about the truth of the allegations set forth in paragraph 21 of the Complaint, and

10  therefore denies the same.

11    22.  SMART Storage lacks knowledge or information sufficient to form a belief

12  about the truth of the allegations set forth in paragraph 22 of the Complaint, and

13  therefore denies the same.

14    23.  SMART Storage lacks knowledge or information sufficient to form a belief

15  about the truth of the allegations set forth in paragraph 23 of the Complaint, and

16  therefore denies the same.

17    24.  SMART Storage lacks knowledge or information sufficient to form a belief

18  about the truth of the allegations set forth in paragraph 24 of the Complaint, and

19  therefore denies the same.

20    25.  SMART Storage lacks knowledge or information sufficient to form a belief

21  about the truth of the allegations set forth in paragraph 25 of the Complaint, and

22  therefore denies the same.

23    26.  SMART Storage lacks knowledge or information sufficient to form a belief

24  about the truth of the allegations set forth in paragraph 26 of the Complaint, and

25  therefore denies the same.

26    27.  SMART Storage lacks knowledge or information sufficient to form a belief

27  about the truth of the allegations set forth in paragraph 27 of the Complaint, and

28  therefore denies the same.

1    28.  SMART Storage lacks knowledge or information sufficient to form a belief

2    about the truth of the allegations set forth in paragraph 28 of the Complaint, and

3    therefore denies the same.

4    29.  SMART Storage lacks knowledge or information sufficient to form a belief

5    about the truth of the allegations set forth in paragraph 29 of the Complaint, and

6    therefore denies the same.

7    30.  SMART Storage lacks knowledge or information sufficient to form a belief

8    about the truth of the allegations set forth in paragraph 30 of the Complaint, and

9    therefore denies the same.

10    31.  SMART Storage lacks knowledge or information sufficient to form a belief

11    about the truth of the allegations set forth in paragraph 31 of the Complaint, and

12    therefore denies the same.

13    32.  SMART Storage lacks knowledge or information sufficient to form a belief

14    about the truth of the allegations set forth in paragraph 32 of the Complaint, and

15    therefore denies the same.

16    33.  SMART Storage lacks knowledge or information sufficient to form a belief

17    about the truth of the allegations set forth in paragraph 33 of the Complaint, and

18    therefore denies the same.

19    34.  SMART Storage lacks knowledge or information sufficient to form a belief

20    about the truth of the allegations set forth in paragraph 34 of the Complaint, and

21    therefore denies the same.

22    35.  SMART Storage lacks knowledge or information sufficient to form a belief

23    about the truth of the allegations set forth in paragraph 35 of the Complaint, and

24    therefore denies the same.

25    36.  SMART Storage lacks knowledge or information sufficient to form a belief

26    about the truth of the allegations set forth in paragraph 36 of the Complaint, and

27    therefore denies the same.

28    37.  SMART Storage lacks knowledge or information sufficient to form a belief

1   about the truth of the allegations set forth in paragraph 37 of the Complaint, and

2   therefore denies the same.

3       38.   SMART Storage lacks knowledge or information sufficient to form a belief

4   about the truth of the allegations set forth in paragraph 38 of the Complaint, and

5   therefore denies the same.

6       39.   SMART Storage lacks knowledge or information sufficient to form a belief

7   about the truth of the allegations set forth in paragraph 39 of the Complaint, and

8   therefore denies the same.

9       40.   SMART Storage lacks knowledge or information sufficient to form a belief

10  about the truth of the allegations set forth in paragraph 40 of the Complaint, and

11  therefore denies the same.

12      41.   SMART Storage lacks knowledge or information sufficient to form a belief

13  about the truth of the allegations set forth in paragraph 41 of the Complaint, and

14  therefore denies the same.

15      42.   SMART Storage lacks knowledge or information sufficient to form a belief

16  about the truth of the allegations set forth in paragraph 42 of the Complaint, and

17  therefore denies the same.

18      43.   SMART Storage lacks knowledge or information sufficient to form a belief

19  about the truth of the allegations set forth in paragraph 43 of the Complaint, and

20  therefore denies the same.

21      44.   SMART Storage lacks knowledge or information sufficient to form a belief

22  about the truth of the allegations set forth in paragraph 44 of the Complaint, and

23  therefore denies the same.

24      45.   SMART Storage lacks knowledge or information sufficient to form a belief

25  about the truth of the allegations set forth in paragraph 45 of the Complaint, and

26  therefore denies the same.

27      46.   SMART Storage lacks knowledge or information sufficient to form a belief

28  about the truth of the allegations set forth in paragraph 46 of the Complaint, and

1   therefore denies the same.

2       47.  SMART Storage lacks knowledge or information sufficient to form a belief

3   about the truth of the allegations set forth in paragraph 47 of the Complaint, and

4   therefore denies the same.

5       48.  SMART Storage lacks knowledge or information sufficient to form a belief

6   about the truth of the allegations set forth in paragraph 48 of the Complaint, and

7   therefore denies the same.

8       49.  SMART Storage lacks knowledge or information sufficient to form a belief

9   about the truth of the allegations set forth in paragraph 49 of the Complaint, and

10  therefore denies the same.

11      50.  SMART Storage lacks knowledge or information sufficient to form a belief

12  about the truth of the allegations set forth in paragraph 50 of the Complaint, and

13  therefore denies the same.

14      51.  SMART Storage admits that an apparent record of Netlist's trademark

15  registration for the HyperCloud name is attached to the Complaint as Exhibit F.

16  SMART Storage lacks knowledge or information sufficient to form a belief about

17  the truth of the remaining allegations set forth in paragraph 51 of the Complaint,

18  and therefore denies the same.

19      52.  SMART Storage lacks knowledge or information sufficient to form a belief

20  about the truth of the allegations set forth in paragraph 52 of the Complaint, and

21  therefore denies the same.

22      53.  SMART Storage lacks knowledge or information sufficient to form a belief

23  about the truth of the allegations set forth in paragraph 53 of the Complaint, and

24  therefore denies the same.

25      54.  SMART Storage lacks knowledge or information sufficient to form a belief

26  about the truth of the allegations set forth in paragraph 54 of the Complaint, and

27  therefore denies the same.

28      55.  SMART Storage lacks knowledge or information sufficient to form a belief

1  about the truth of the allegations set forth in paragraph 55 of the Complaint, and

2  therefore denies the same.

3  56.  SMART Storage lacks knowledge or information sufficient to form a belief

4  about the truth of the allegations set forth in paragraph 56 of the Complaint, and

5  therefore denies the same.

6  57.  SMART Storage lacks knowledge or information sufficient to form a belief

7  about the truth of the allegations set forth in paragraph 57 of the Complaint, and

8  therefore denies the same.

9  ## COUNT ONE

10 ## Infringement of the '434 Patent

11 ## (Against All Defendants)

12 58.  SMART Storage incorporates by reference each of its responses to the

13 preceding allegations in the Complaint.

14 59.  SMART Storage lacks knowledge or information sufficient to form a belief

15 about the truth of the allegations set forth in paragraph 59 of the Complaint, and

16 therefore denies the same.

17 60.  With regard to SMART Storage, the allegations in paragraph 60 of the

18 Complaint are denied.  With regard to the other defendants, SMART Storage lacks

19 knowledge or information sufficient to form a belief about the truth of the

20 allegations set forth in paragraph 60 of the Complaint, and therefore denies the

21 same.

22 61.  With regard to SMART Storage, SMART Storage admits that it received

23 notice of the '434 Patent on August 22, 2013.  With regard to the other defendants,

24 SMART Storage lacks knowledge or information sufficient to form a belief about

25 the truth of the allegations set forth in paragraph 61 of the Complaint, and therefore

26 denies the same.

27 62.  With regard to SMART Storage, the allegations in paragraph 62 of the

28 Complaint are denied.  With regard to the other defendants, SMART Storage lacks

1   knowledge or information sufficient to form a belief about the truth of the

2   allegations set forth in paragraph 62 of the Complaint, and therefore denies the

3   same.

4       63.   With regard to SMART Storage, the allegations in paragraph 63 of the

5   Complaint are denied.  With regard to the other defendants, SMART Storage lacks

6   knowledge or information sufficient to form a belief about the truth of the

7   allegations set forth in paragraph 63 of the Complaint, and therefore denies the

8   same.

9       64.   With regard to SMART Storage, the allegations in paragraph 64 of the

10  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

11  knowledge or information sufficient to form a belief about the truth of the

12  allegations set forth in paragraph 64 of the Complaint, and therefore denies the

13  same.

14      65.   With regard to SMART Storage, the allegations in paragraph 65 of the

15  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

16  knowledge or information sufficient to form a belief about the truth of the

17  allegations set forth in paragraph 65 of the Complaint, and therefore denies the

18  same.

19      66.   With regard to SMART Storage, the allegations in paragraph 66 of the

20  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

21  knowledge or information sufficient to form a belief about the truth of the

22  allegations set forth in paragraph 66 of the Complaint, and therefore denies the

23  same.

24      67.   With regard to SMART Storage, the allegations in paragraph 67 of the

25  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

26  knowledge or information sufficient to form a belief about the truth of the

27  allegations set forth in paragraph 67 of the Complaint, and therefore denies the

28  same.

## COUNT TWO

## Infringement of the '833 Patent

## (Against All Defendants)

68.  SMART Storage incorporates by reference each of its responses to the preceding allegations in the Complaint.

69.  SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 69 of the Complaint, and therefore denies the same.

70.  With regard to SMART Storage, the allegations in paragraph 70 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 70 of the Complaint, and therefore denies the same.

71.  With regard to SMART Storage, SMART Storage admits that it received notice of the '833 Patent on August 22, 2013.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 71 of the Complaint, and therefore denies the same.

72.  With regard to SMART Storage, the allegations in paragraph 72 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 72 of the Complaint, and therefore denies the same.

73.  With regard to SMART Storage, the allegations in paragraph 73 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 73 of the Complaint, and therefore denies the same.

1    74.  With regard to SMART Storage, the allegations in paragraph 74 of the

2  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

3  knowledge or information sufficient to form a belief about the truth of the

4  allegations set forth in paragraph 74 of the Complaint, and therefore denies the

5  same.

6    75.  With regard to SMART Storage, the allegations in paragraph 75 of the

7  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

8  knowledge or information sufficient to form a belief about the truth of the

9  allegations set forth in paragraph 75 of the Complaint, and therefore denies the

10  same.

11    76.  With regard to SMART Storage, the allegations in paragraph 76 of the

12  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

13  knowledge or information sufficient to form a belief about the truth of the

14  allegations set forth in paragraph 76 of the Complaint, and therefore denies the

15  same.

16    77.  With regard to SMART Storage, the allegations in paragraph 77 of the

17  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

18  knowledge or information sufficient to form a belief about the truth of the

19  allegations set forth in  paragraph 77 of the Complaint, and therefore denies the

20  same.

### COUNT THREE

### Infringement of the '501 Patent

### (Against All Defendants)

24    78.  SMART Storage incorporates by reference each of its responses to the

25  preceding allegations in the Complaint.

26    79.  SMART Storage lacks knowledge or information sufficient to form a belief

27  about the truth of the allegations set forth in paragraph 79 of the Complaint, and

28  therefore denies the same.

80.  With regard to SMART Storage, the allegations in paragraph 80 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 80 of the Complaint, and therefore denies the same.

81.  With regard to SMART Storage, SMART Storage admits that it received notice of the '501 Patent on August 22, 2013.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 81 of the Complaint, and therefore denies the same.

82.  With regard to SMART Storage, the allegations in paragraph 82 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 82 of the Complaint, and therefore denies the same.

83.  With regard to SMART Storage, the allegations in paragraph 83 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 83 of the Complaint, and therefore denies the same.

84.  With regard to SMART Storage, the allegations in paragraph 84 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 84 of the Complaint, and therefore denies the same.

85.  With regard to SMART Storage, the allegations in paragraph 85 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the

1   allegations set forth in paragraph 85 of the Complaint, and therefore denies the

2   same.

3       86.  With regard to SMART Storage, the allegations in paragraph 86 of the

4   Complaint are denied.  With regard to the other defendants, SMART Storage lacks

5   knowledge or information sufficient to form a belief about the truth of the

6   allegations set forth in  paragraph 86 of the Complaint, and therefore denies the

7   same.

8       87.  With regard to SMART Storage, the allegations in paragraph 87 of the

9   Complaint are denied.  With regard to the other defendants, SMART Storage lacks

10  knowledge or information sufficient to form a belief about the truth of the

11  allegations set forth in paragraph 87 of the Complaint, and therefore denies the

12  same.

**COUNT FOUR**

**Infringement of the '185 Patent**

**(Against All Defendants)**

16      88.  SMART Storage incorporates by reference each of its responses to the

17  preceding allegations in the Complaint.

18      89.  SMART Storage lacks knowledge or information sufficient to form a belief

19  about the truth of the allegations set forth in paragraph 89 of the Complaint, and

20  therefore denies the same.

21      90.  With regard to SMART Storage, the allegations in paragraph 90 of the

22  Complaint are denied.  With regard to the other defendants, SMART Storage lacks

23  knowledge or information sufficient to form a belief about the truth of the

24  allegations set forth in paragraph 90 of the Complaint, and therefore denies the

25  same.

26      91.  With regard to SMART Storage, SMART Storage admits that it received

27  notice of the '185 Patent on August 22, 2013.  With regard to the other defendants,

28  SMART Storage lacks knowledge or information sufficient to form a belief about

the truth of the allegations set forth in paragraph 91 of the Complaint, and therefore denies the same.

92.  With regard to SMART Storage, the allegations in paragraph 92 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 92 of the Complaint, and therefore denies the same.

93.  With regard to SMART Storage, the allegations in paragraph 93 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 93 of the Complaint, and therefore denies the same.

94.  With regard to SMART Storage, the allegations in paragraph 94 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 94 of the Complaint, and therefore denies the same.

95.  With regard to SMART Storage, the allegations in paragraph 95 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 95 of the Complaint, and therefore denies the same.

96.  With regard to SMART Storage, the allegations in paragraph 96 of the Complaint are denied.  With regard to the other defendants, SMART Storage lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in paragraph 96 of the Complaint, and therefore denies the same.

97.  With regard to SMART Storage, the allegations in paragraph 97 of the

1   Complaint are denied.  With regard to the other defendants, SMART Storage lacks

2   knowledge or information sufficient to form a belief about the truth of the

3   allegations set forth in paragraph 97 of the Complaint, and therefore denies the

4   same.

### COUNT FIVE

### Infringement of the '187 Patent

### (Against All Defendants)

8   98.  SMART Storage incorporates by reference each of its responses to the

9   preceding allegations in the Complaint.

10   99.  SMART Storage lacks knowledge or information sufficient to form a belief

11   about the truth of the allegations set forth in paragraph 99 of the Complaint, and

12   therefore denies the same.

13   100.      With regard to SMART Storage, the allegations in paragraph 100 of

14   the Complaint are denied.  With regard to the other defendants, SMART Storage

15   lacks knowledge or information sufficient to form a belief about the truth of the

16   allegations set forth in paragraph 100 of the Complaint, and therefore denies the

17   same.

18   101.      With regard to SMART Storage, SMART Storage admits that it

19   received notice of the '187 Patent on August 22, 2013.  With regard to the other

20   defendants, SMART Storage lacks knowledge or information sufficient to form a

21   belief about the truth of the allegations set forth in paragraph 101 of the Complaint,

22   and therefore denies the same.

23   102.      With regard to SMART Storage, the allegations in paragraph 102 of

24   the Complaint are denied.  With regard to the other defendants, SMART Storage

25   lacks knowledge or information sufficient to form a belief about the truth of the

26   allegations set forth in paragraph 102 of the Complaint, and therefore denies the

27   same.

28   103.      With regard to SMART Storage, the allegations in paragraph 103 of

1    the Complaint are denied.  With regard to the other defendants, SMART Storage

2    lacks knowledge or information sufficient to form a belief about the truth of the

3    allegations set forth in paragraph 103 of the Complaint, and therefore denies the

4    same.

5        104.     With regard to SMART Storage, the allegations in paragraph 104 of

6    the Complaint are denied.  With regard to the other defendants, SMART Storage

7    lacks knowledge or information sufficient to form a belief about the truth of the

8    allegations set forth in paragraph 104 of the Complaint, and therefore denies the

9    same.

10       105.     With regard to SMART Storage, the allegations in paragraph 105 of

11   the Complaint are denied.  With regard to the other defendants, SMART Storage

12   lacks knowledge or information sufficient to form a belief about the truth of the

13   allegations set forth in paragraph 105 of the Complaint, and therefore denies the

14   same.

15       106.     With regard to SMART Storage, the allegations in paragraph 106 of

16   the Complaint are denied.  With regard to the other defendants, SMART Storage

17   lacks knowledge or information sufficient to form a belief about the truth of the

18   allegations set forth in paragraph 106 of the Complaint, and therefore denies the

19   same.

20       107.     With regard to SMART Storage, the allegations in paragraph 107 of

21   the Complaint are denied.  With regard to the other defendants, SMART Storage

22   lacks knowledge or information sufficient to form a belief about the truth of the

23   allegations set forth in paragraph 107 of the Complaint, and therefore denies the

24   same.

25                          **COUNT SIX**

26          **Attempted Monopolization Under 15 U.S.C. § 2**

27       **(Against Defendants Smart Modular and Smart Worldwide)**

28       108.     Paragraph 108 of the Complaint does not require a response by

1    SMART Storage   To the extent that paragraph 108 is deemed to require a response,

2    SMART Storage is without knowledge or information sufficient to form a belief as

3    to the truth of the allegations contained in that paragraph, and on that basis denies

4    the allegations contained therein.

5         109.     Paragraph 109 of the Complaint does not require a response by

6    SMART Storage   To the extent that paragraph 109 is deemed to require a response,

7    SMART Storage is without knowledge or information sufficient to form a belief as

8    to the truth of the allegations contained in that paragraph, and on that basis denies

9    the allegations contained therein.

10        110.     Paragraph 110 of the Complaint does not require a response by

11    SMART Storage   To the extent that paragraph 110 is deemed to require a response,

12    SMART Storage is without knowledge or information sufficient to form a belief as

13    to the truth of the allegations contained in that paragraph, and on that basis denies

14    the allegations contained therein.

15        111.     Paragraph 111 of the Complaint does not require a response by

16    SMART Storage   To the extent that paragraph 111 is deemed to require a response,

17    SMART Storage is without knowledge or information sufficient to form a belief as

18    to the truth of the allegations contained in that paragraph, and on that basis denies

19    the allegations contained therein.

20        112.     Paragraph 112 of the Complaint does not require a response by

21    SMART Storage   To the extent that paragraph 112 is deemed to require a response,

22    SMART Storage is without knowledge or information sufficient to form a belief as

23    to the truth of the allegations contained in that paragraph, and on that basis denies

24    the allegations contained therein.

25        113.     Paragraph 113 of the Complaint does not require a response by

26    SMART Storage   To the extent that paragraph 113 is deemed to require a response,

27    SMART Storage is without knowledge or information sufficient to form a belief as

28    to the truth of the allegations contained in that paragraph, and on that basis denies

1    the allegations contained therein.

2        114.    Paragraph 114 of the Complaint does not require a response by

3    SMART Storage   To the extent that paragraph 114 is deemed to require a response,

4    SMART Storage is without knowledge or information sufficient to form a belief as

5    to the truth of the allegations contained in that paragraph, and on that basis denies

6    the allegations contained therein.

7        115.    Paragraph 115 of the Complaint does not require a response by

8    SMART Storage   To the extent that paragraph 115 is deemed to require a response,

9    SMART Storage is without knowledge or information sufficient to form a belief as

10   to the truth of the allegations contained in that paragraph, and on that basis denies

11   the allegations contained therein.

12       116.    Paragraph 116 of the Complaint does not require a response by

13   SMART Storage   To the extent that paragraph 116 is deemed to require a response,

14   SMART Storage is without knowledge or information sufficient to form a belief as

15   to the truth of the allegations contained in that paragraph, and on that basis denies

16   the allegations contained therein.

17       117.    Paragraph 117 of the Complaint does not require a response by

18   SMART Storage   To the extent that paragraph 117 is deemed to require a response,

19   SMART Storage is without knowledge or information sufficient to form a belief as

20   to the truth of the allegations contained in that paragraph, and on that basis denies

21   the allegations contained therein.

22       118.    Paragraph 118 of the Complaint does not require a response by

23   SMART Storage   To the extent that paragraph 118 is deemed to require a response,

24   SMART Storage is without knowledge or information sufficient to form a belief as

25   to the truth of the allegations contained in that paragraph, and on that basis denies

26   the allegations contained therein.

27       119.    Paragraph 119 of the Complaint does not require a response by

28   SMART Storage   To the extent that paragraph 119 is deemed to require a response,

1    SMART Storage is without knowledge or information sufficient to form a belief as

2    to the truth of the allegations contained in that paragraph, and on that basis denies

3    the allegations contained therein.

4                               **COUNT SEVEN**

5                *Walker Process* **Violation Under 15 U.S.C. § 2**

6         **Bad Faith Enforcement of Fraudulently–Obtained Patent**

7          **(Against Defendants Smart Modular and Smart Worldwide)**

8         120.    Paragraph 120 of the Complaint does not require a response by

9    SMART Storage   To the extent that paragraph 120 is deemed to require a response,

10   SMART Storage is without knowledge or information sufficient to form a belief as

11   to the truth of the allegations contained in that paragraph, and on that basis denies

12   the allegations contained therein.

13        121.    Paragraph 121 of the Complaint does not require a response by

14   SMART Storage   To the extent that paragraph 121 is deemed to require a response,

15   SMART Storage is without knowledge or information sufficient to form a belief as

16   to the truth of the allegations contained in that paragraph, and on that basis denies

17   the allegations contained therein.

18        122.    Paragraph 122 of the Complaint does not require a response by

19   SMART Storage   To the extent that paragraph 122 is deemed to require a response,

20   SMART Storage is without knowledge or information sufficient to form a belief as

21   to the truth of the allegations contained in that paragraph, and on that basis denies

22   the allegations contained therein.

23        123.    Paragraph 123 of the Complaint does not require a response by

24   SMART Storage   To the extent that paragraph 123 is deemed to require a response,

25   SMART Storage is without knowledge or information sufficient to form a belief as

26   to the truth of the allegations contained in that paragraph, and on that basis denies

27   the allegations contained therein.

28        124.    Paragraph 124 of the Complaint does not require a response by

1   SMART Storage   To the extent that paragraph 124 is deemed to require a response,

2   SMART Storage is without knowledge or information sufficient to form a belief as

3   to the truth of the allegations contained in that paragraph, and on that basis denies

4   the allegations contained therein.

5        125.     Paragraph 125 of the Complaint does not require a response by

6   SMART Storage   To the extent that paragraph 125 is deemed to require a response,

7   SMART Storage is without knowledge or information sufficient to form a belief as

8   to the truth of the allegations contained in that paragraph, and on that basis denies

9   the allegations contained therein.

10        126.     Paragraph 126 of the Complaint does not require a response by

11   SMART Storage   To the extent that paragraph 126 is deemed to require a response,

12   SMART Storage is without knowledge or information sufficient to form a belief as

13   to the truth of the allegations contained in that paragraph, and on that basis denies

14   the allegations contained therein.

15   **COUNT EIGHT**

16   **Lanham Act Violation—15 U.S.C. § 1114(a)**

17   **(Against Defendant Diablo)**

18        127.     Paragraph 127 of the Complaint does not require a response by

19   SMART Storage   To the extent that paragraph 127 is deemed to require a response,

20   SMART Storage is without knowledge or information sufficient to form a belief as

21   to the truth of the allegations contained in that paragraph, and on that basis denies

22   the allegations contained therein.

23        128.     Paragraph 128 of the Complaint does not require a response by

24   SMART Storage   To the extent that paragraph 128 is deemed to require a response,

25   SMART Storage is without knowledge or information sufficient to form a belief as

26   to the truth of the allegations contained in that paragraph, and on that basis denies

27   the allegations contained therein.

28        129.     Paragraph 129 of the Complaint does not require a response by

1    SMART Storage   To the extent that paragraph 129 is deemed to require a response,

2    SMART Storage is without knowledge or information sufficient to form a belief as

3    to the truth of the allegations contained in that paragraph, and on that basis denies

4    the allegations contained therein.

5         130.    Paragraph 130 of the Complaint does not require a response by

6    SMART Storage   To the extent that paragraph 130 is deemed to require a response,

7    SMART Storage is without knowledge or information sufficient to form a belief as

8    to the truth of the allegations contained in that paragraph, and on that basis denies

9    the allegations contained therein.

10        131.    Paragraph 131 of the Complaint does not require a response by

11   SMART Storage   To the extent that paragraph 131 is deemed to require a response,

12   SMART Storage is without knowledge or information sufficient to form a belief as

13   to the truth of the allegations contained in that paragraph, and on that basis denies

14   the allegations contained therein.

15        132.    Paragraph 132 of the Complaint does not require a response by

16   SMART Storage   To the extent that paragraph 132 is deemed to require a response,

17   SMART Storage is without knowledge or information sufficient to form a belief as

18   to the truth of the allegations contained in that paragraph, and on that basis denies

19   the allegations contained therein.

20        133.    Paragraph 133 of the Complaint does not require a response by

21   SMART Storage   To the extent that paragraph 133 is deemed to require a response,

22   SMART Storage is without knowledge or information sufficient to form a belief as

23   to the truth of the allegations contained in that paragraph, and on that basis denies

24   the allegations contained therein.

25        134.    Paragraph 134 of the Complaint does not require a response by

26   SMART Storage   To the extent that paragraph 134 is deemed to require a response,

27   SMART Storage is without knowledge or information sufficient to form a belief as

28   to the truth of the allegations contained in that paragraph, and on that basis denies

1  the allegations contained therein.

2  <u>**COUNT NINE**</u>

3  <u>**Lanham Act Violation—15 U.S.C. § 1125(a)**</u>

4  <u>**(Against Defendant Diablo)**</u>

5  135.   Paragraph 135 of the Complaint does not require a response by

6  SMART Storage   To the extent that paragraph 135 is deemed to require a response,

7  SMART Storage is without knowledge or information sufficient to form a belief as

8  to the truth of the allegations contained in that paragraph, and on that basis denies

9  the allegations contained therein.

10  136.   Paragraph 136 of the Complaint does not require a response by

11  SMART Storage   To the extent that paragraph 136 is deemed to require a response,

12  SMART Storage is without knowledge or information sufficient to form a belief as

13  to the truth of the allegations contained in that paragraph, and on that basis denies

14  the allegations contained therein.

15  137.   Paragraph 137 of the Complaint does not require a response by

16  SMART Storage   To the extent that paragraph 137 is deemed to require a response,

17  SMART Storage is without knowledge or information sufficient to form a belief as

18  to the truth of the allegations contained in that paragraph, and on that basis denies

19  the allegations contained therein.

20  138.   Paragraph 138 of the Complaint does not require a response by

21  SMART Storage   To the extent that paragraph 138 is deemed to require a response,

22  SMART Storage is without knowledge or information sufficient to form a belief as

23  to the truth of the allegations contained in that paragraph, and on that basis denies

24  the allegations contained therein.

25  139.   Paragraph 139 of the Complaint does not require a response by

26  SMART Storage   To the extent that paragraph 139 is deemed to require a response,

27  SMART Storage is without knowledge or information sufficient to form a belief as

28  to the truth of the allegations contained in that paragraph, and on that basis denies

1   the allegations contained therein.

2   140.    Paragraph 140 of the Complaint does not require a response by

3   SMART Storage   To the extent that paragraph 140 is deemed to require a response,

4   SMART Storage is without knowledge or information sufficient to form a belief as

5   to the truth of the allegations contained in that paragraph, and on that basis denies

6   the allegations contained therein.

7   141.    Paragraph 141 of the Complaint does not require a response by

8   SMART Storage.  To the extent that paragraph 141 is deemed to require a response,

9   SMART Storage is without knowledge or information sufficient to form a belief as

10  to the truth of the allegations contained in that paragraph, and on that basis denies

11  the allegations contained therein.

12  142.    Paragraph 142 of the Complaint does not require a response by

13  SMART Storage   To the extent that paragraph 142 is deemed to require a response,

14  SMART Storage is without knowledge or information sufficient to form a belief as

15  to the truth of the allegations contained in that paragraph, and on that basis denies

16  the allegations contained therein.

17                          **COUNT TEN**

18  **Correction of Inventorship (35 U.S.C. § 256) and Ownership (35 U.S.C. §262)**

19                      **(Against Defendant Diablo)**

20  143.    Paragraph 143 of the Complaint does not require a response by

21  SMART Storage   To the extent that paragraph 143 is deemed to require a response,

22  SMART Storage is without knowledge or information sufficient to form a belief as

23  to the truth of the allegations contained in that paragraph, and on that basis denies

24  the allegations contained therein.

25  144.    Paragraph 144 of the Complaint does not require a response by

26  SMART Storage   To the extent that paragraph 144 is deemed to require a response,

27  SMART Storage is without knowledge or information sufficient to form a belief as

28  to the truth of the allegations contained in that paragraph, and on that basis denies

1    the allegations contained therein.

2      145.      Paragraph 145 of the Complaint does not require a response by

3    SMART Storage   To the extent that paragraph 145 is deemed to require a response,

4    SMART Storage is without knowledge or information sufficient to form a belief as

5    to the truth of the allegations contained in that paragraph, and on that basis denies

6    the allegations contained therein.

7      146.      Paragraph 146 of the Complaint does not require a response by

8    SMART Storage   To the extent that paragraph 146 is deemed to require a response,

9    SMART Storage is without knowledge or information sufficient to form a belief as

10   to the truth of the allegations contained in that paragraph, and on that basis denies

11   the allegations contained therein.

12     147.      Paragraph 147 of the Complaint does not require a response by

13   SMART Storage   To the extent that paragraph 147 is deemed to require a response,

14   SMART Storage is without knowledge or information sufficient to form a belief as

15   to the truth of the allegations contained in that paragraph, and on that basis denies

16   the allegations contained therein.

17                              **COUNT ELEVEN**

18     **Misappropriation of Trade Secrets—Civil Code § 3426 et seq.**

19                        **(Against Defendant Diablo)**

20     148.      Paragraph 148 of the Complaint does not require a response by

21   SMART Storage   To the extent that paragraph 148 is deemed to require a response,

22   SMART Storage is without knowledge or information sufficient to form a belief as

23   to the truth of the allegations contained in that paragraph, and on that basis denies

24   the allegations contained therein.

25     149.      Paragraph 149 of the Complaint does not require a response by

26   SMART Storage   To the extent that paragraph 149 is deemed to require a response,

27   SMART Storage is without knowledge or information sufficient to form a belief as

28   to the truth of the allegations contained in that paragraph, and on that basis denies

1   the allegations contained therein.

2       150.    Paragraph 150 of the Complaint does not require a response by

3   SMART Storage   To the extent that paragraph 150 is deemed to require a response,

4   SMART Storage is without knowledge or information sufficient to form a belief as

5   to the truth of the allegations contained in that paragraph, and on that basis denies

6   the allegations contained therein.

7       151.    Paragraph 151 of the Complaint does not require a response by

8   SMART Storage   To the extent that paragraph 151 is deemed to require a response,

9   SMART Storage is without knowledge or information sufficient to form a belief as

10  to the truth of the allegations contained in that paragraph, and on that basis denies

11  the allegations contained therein.

12      152.    Paragraph 152 of the Complaint does not require a response by

13  SMART Storage   To the extent that paragraph 152 is deemed to require a response,

14  SMART Storage is without knowledge or information sufficient to form a belief as

15  to the truth of the allegations contained in that paragraph, and on that basis denies

16  the allegations contained therein.

17      153.    Paragraph 153 of the Complaint does not require a response by

18  SMART Storage   To the extent that paragraph 153 is deemed to require a response,

19  SMART Storage is without knowledge or information sufficient to form a belief as

20  to the truth of the allegations contained in that paragraph, and on that basis denies

21  the allegations contained therein.

22      154.    Paragraph 154 of the Complaint does not require a response by

23  SMART Storage   To the extent that paragraph 154 is deemed to require a response,

24  SMART Storage is without knowledge or information sufficient to form a belief as

25  to the truth of the allegations contained in that paragraph, and on that basis denies

26  the allegations contained therein.

27      155.    Paragraph 155 of the Complaint does not require a response by

28  SMART Storage   To the extent that paragraph 155 is deemed to require a response,

1   SMART Storage is without knowledge or information sufficient to form a belief as

2   to the truth of the allegations contained in that paragraph, and on that basis denies

3   the allegations contained therein.

4       156.    Paragraph 156 of the Complaint does not require a response by

5   SMART Storage   To the extent that paragraph 156 is deemed to require a response,

6   SMART Storage is without knowledge or information sufficient to form a belief as

7   to the truth of the allegations contained in that paragraph, and on that basis denies

8   the allegations contained therein.

9                       **COUNT TWELVE**

10                      **Breach of Contract**

11                   **(Against Defendant Diablo)**

12      157.    Paragraph 157 of the Complaint does not require a response by

13  SMART Storage   To the extent that paragraph 157 is deemed to require a response,

14  SMART Storage is without knowledge or information sufficient to form a belief as

15  to the truth of the allegations contained in that paragraph, and on that basis denies

16  the allegations contained therein.

17      158.    Paragraph 158 of the Complaint does not require a response by

18  SMART Storage   To the extent that paragraph 158 is deemed to require a response,

19  SMART Storage is without knowledge or information sufficient to form a belief as

20  to the truth of the allegations contained in that paragraph, and on that basis denies

21  the allegations contained therein.

22      159.    Paragraph 159 of the Complaint does not require a response by

23  SMART Storage   To the extent that paragraph 159 is deemed to require a response,

24  SMART Storage is without knowledge or information sufficient to form a belief as

25  to the truth of the allegations contained in that paragraph, and on that basis denies

26  the allegations contained therein.

27      160.    Paragraph 160 of the Complaint does not require a response by

28  SMART Storage   To the extent that paragraph 160 is deemed to require a response,

1    SMART Storage is without knowledge or information sufficient to form a belief as

2    to the truth of the allegations contained in that paragraph, and on that basis denies

3    the allegations contained therein.

4                              **COUNT THIRTEEN**

5          **Unfair Competition—California Bus. & Prof. Code § 17200**

6    **(Against Defendants Smart Modular, Smart Worldwide, and Diablo)[1]**

7          161.     Paragraph 161 of the Complaint does not require a response by

8    SMART Storage   To the extent that paragraph 161 is deemed to require a response,

9    SMART Storage is without knowledge or information sufficient to form a belief as

10   to the truth of the allegations contained in that paragraph, and on that basis denies

11   the allegations contained therein.

12         162.     Paragraph 162 of the Complaint does not require a response by

13   SMART Storage   To the extent that paragraph 162 is deemed to require a response,

14   SMART Storage is without knowledge or information sufficient to form a belief as

15   to the truth of the allegations contained in that paragraph, and on that basis denies

16   the allegations contained therein.

17         163.     Paragraph 163 of the Complaint does not require a response by

18   SMART Storage   To the extent that paragraph 163 is deemed to require a response,

19   SMART Storage is without knowledge or information sufficient to form a belief as

20   to the truth of the allegations contained in that paragraph, and on that basis denies

21   the allegations contained therein.

22         164.     Paragraph 164 of the Complaint does not require a response by

23   SMART Storage   To the extent that paragraph 164 is deemed to require a response,

24   SMART Storage is without knowledge or information sufficient to form a belief as

25   to the truth of the allegations contained in that paragraph, and on that basis denies

26   the allegations contained therein.

27   ────────────────
          [1] The Complaint asserts Count Thirteen against all defendants.  However, Netlist and
28   SMART Storage have agreed that Netlist will file a stipulation by which Netlist drops Count
     Thirteen against SMART Storage.

SMART Storage Answer and Counterclaims
Case No. 13-cv-00996 DOC (JPR)

1   165.     Paragraph 165 of the Complaint does not require a response by
2   SMART Storage   To the extent that paragraph 165 is deemed to require a response,
3   SMART Storage is without knowledge or information sufficient to form a belief as
4   to the truth of the allegations contained in that paragraph, and on that basis denies
5   the allegations contained therein.

6   166.     Paragraph 166 of the Complaint does not require a response by
7   SMART Storage   To the extent that paragraph 166 is deemed to require a response,
8   SMART Storage is without knowledge or information sufficient to form a belief as
9   to the truth of the allegations contained in that paragraph, and on that basis denies
10  the allegations contained therein.

11  **COUNT FOURTEEN**
12  **Common Law Fraud**
13  **(Against Defendants Smart Modular and Smart Worldwide)**

14  167.     Paragraph 167 of the Complaint does not require a response by
15  SMART Storage   To the extent that paragraph 167 is deemed to require a response,
16  SMART Storage is without knowledge or information sufficient to form a belief as
17  to the truth of the allegations contained in that paragraph, and on that basis denies
18  the allegations contained therein.

19  168.     Paragraph 168 of the Complaint does not require a response by
20  SMART Storage   To the extent that paragraph 168 is deemed to require a response,
21  SMART Storage is without knowledge or information sufficient to form a belief as
22  to the truth of the allegations contained in that paragraph, and on that basis denies
23  the allegations contained therein.

24  169.     Paragraph 169 of the Complaint does not require a response by
25  SMART Storage   To the extent that paragraph 169 is deemed to require a response,
26  SMART Storage is without knowledge or information sufficient to form a belief as
27  to the truth of the allegations contained in that paragraph, and on that basis denies
28  the allegations contained therein.

170.     Paragraph 170 of the Complaint does not require a response by SMART Storage   To the extent that paragraph 170 is deemed to require a response, SMART Storage is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies the allegations contained therein.

171.     Paragraph 171 of the Complaint does not require a response by SMART Storage   To the extent that paragraph 171 is deemed to require a response, SMART Storage is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies the allegations contained therein.

172.     Paragraph 172 of the Complaint does not require a response by SMART Storage   To the extent that paragraph 172 is deemed to require a response, SMART Storage is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies the allegations contained therein.

173.     Paragraph 173 of the Complaint does not require a response by SMART Storage   To the extent that paragraph 173 is deemed to require a response, SMART Storage is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in that paragraph, and on that basis denies the allegations contained therein.

## PRAYER FOR RELIEF

SMART Storage denies that Netlist is entitled to any of the prayed relief.

## DEFENSES

SMART Storage incorporates by reference the foregoing paragraphs in their entirety and asserts the following Defenses.  By asserting these defenses, SMART Storage does not admit that it bears the burden of proof on any issue and does not accept any burden it would not otherwise bear.  SMART Storage reserves the right to amend this Answer with additional defenses as further information becomes

1    available through discovery.

2                    **FIRST DEFENSE**

3                   **(Non–Infringement)**

4        1.      SMART Storage has not infringed and does not infringe, literally or

5    under the doctrine of equivalents, directly or indirectly, any valid and enforceable

6    claim of U.S. Patent Nos. 8,001,434, 8,301,833, 8,359,501, 8,516,185, or 8,516,187

7    (the "Asserted Patents").

8                  **SECOND DEFENSE**

9                      **(Invalidity)**

10        2.      Each and every claim of the Asserted Patents is invalid for failing to

11    satisfy the conditions for patentability set forth in Title 35 of the United States

12    Code, including, without limitation, the requirements of 35 U.S.C. §§ 101, 102, 103

13    and 112.

14                   **THIRD DEFENSE**

15             **(Failure to State a Claim)**

16        3.      One or more of the claims in the Complaint fails to state a claim upon

17    which relief can be granted.

18                  **FOURTH DEFENSE**

19              **(Equitable Defenses)**

20        4.      Netlist's claims for relief are barred, in whole or in part, by the

21    doctrines of waiver, laches, estoppel, unclean hands, or other applicable equitable

22    doctrines.

23                   **FIFTH DEFENSE**

24            **(Limitations on Damages)**

25        5.      Netlist's claims for relief and prayer for damages are barred under 35

26    U.S.C. §§ 286, 287, 288, and/or by laches.

27

28

1

### SIXTH DEFENSE

2

### (Prosecution History Estoppel)

3      6.      Netlist is barred from recovery in whole or in part by the doctrine of

4   prosecution history estoppel.

5

### SEVENTH DEFENSE

6

### (License, Patent Exhaustion)

7      7.      Netlist's claims for patent infringement are precluded in whole or in

8   part (i) to the extent that any allegedly infringing SMART Storage products or

9   components thereof are imported, sold by, offered for sale by, made by, or made

10  for, any entity having an express or implied license to the Asserted Patents; and/or

11  (ii) under the doctrine of patent exhaustion.

12

### EIGHTH DEFENSE

13

### (Intervening Rights)

14     8.      Netlist's claims for relief and prayer for damages are barred in whole

15  or in part by the doctrines of absolute and/or equitable intervening rights.

16

### NINTH DEFENSE

17

### (Failure to Mark)

18     9.      Netlist's patent infringement claims are barred, in whole or in part, by

19  the provisions of 35 U.S.C. § 287.

20

### SMART STORAGE'S COUNTERCLAIMS

21     Defendant/Counterclaimant Plaintiff SMART Storage, for its counterclaims

22  against Plaintiff/Counterclaimant Defendant Netlist, states as follows:

23

### NATURE OF ACTION

24     1.      This is a Declaratory Judgment action for a declaration of non-

25  infringement, invalidity, and unenforceability of U.S. Patent Nos. 8,001,434,

26  8,301,833, 8,359,501, 8,516,185, and 8,516,187 (the "Asserted Patents").

27

28

SMART Storage Answer and Counterclaims
Case No. 13-cv-00996 DOC (JPR)

2.      SMART Storage is a wholly owned subsidiary of SanDisk Corporation, which is a Delaware corporation with its principal place of business at 951 SanDisk Drive, Milpitas, California 95035.

3.      Based on information and belief, Netlist is a Delaware corporation, having its principal place of business at 51 Discovery, Suite 150, Irvine, California 92618.

4.      On August 23, 2013, Netlist filed its First Amended Complaint (the "Complaint") alleging that SMART Storage infringes the Asserted Patents.

5.      SMART Storage denies infringement, and disputes the validity and enforceability of one or more claims of the Asserted Patents.

6.      Thus, there is an actual and justiciable controversy between SMART Storage and Netlist concerning the infringement, validity and enforceability of the Asserted Patents.

7.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338 as an action arising under the Patent Laws, Title 35 of the United States Code, and also under 28 U.S.C. §§ 2201 and 2202 as a declaratory judgment action.

8.      This Court has personal jurisdiction over Netlist, and venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b), because Netlist conducts business in this district and has availed itself of this Court's jurisdiction by having sued SMART Storage in this Court.

## COUNTERCLAIM I

### (Declaration of Non-Infringement of the Asserted Patents)

9.      SMART Storage hereby realleges and incorporates by reference paragraphs 1 through 8 of its Counterclaims as though fully set forth herein.

10.     The Asserted Patents were issued by the United States Patent and Trademark Office.  Netlist claims to own all rights in and to these patents.

11.     Netlist has asserted that SMART Storage infringes the Asserted Patents. Thus, an actual, justiciable controversy exists between Netlist and SMART Storage concerning the infringement of these patents.

12.     SMART Storage is not now infringing and has not infringed, literally or under the doctrine of equivalents, directly or indirectly, any valid claim of the Asserted Patents.

13.     Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. § 2201 *et seq.*, SMART Storage is entitled to a declaratory judgment that it does not infringe and has not infringed the Asserted Patents.

## COUNTERCLAIM II

### (Declaration of Invalidity of the Asserted Patents)

14.     SMART Storage hereby realleges and incorporates by reference paragraphs 1 through 13 of the Counterclaims as though fully set forth herein.

15.     Netlist has asserted that SMART Storage infringes the Asserted Patents. Thus, an actual, justiciable controversy exists between Netlist and SMART Storage concerning the validity of these patents.

16.     One or more claims of the Asserted Patents that are allegedly infringed by SMART Storage are invalid for failure to comply with one or more of the conditions of patentability set forth in Title 35 of the United States Code including, for example, Sections 101, 102, 103 and/or 112.

17.     Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. § 2201 *et seq.*, SMART Storage is entitled to a declaratory judgment that one or more claims of the Asserted Patents are invalid.

## EXCEPTIONAL CASE

18.     This is an exceptional case entitling SMART Storage to an award of attorneys' fees incurred in connection with this action pursuant to 35 U.S.C. § 285.

1

**DEMAND FOR JURY TRIAL**

2      19.    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure,

3   Defendant and Counterclaimant demands a trial to jury of this action.

4

**PRAYER FOR RELIEF**

5      WHEREFORE, SMART Storage respectfully requests a judgment against

6   Netlist as follows:

7      A.     That Netlist takes nothing by its Complaint in this action;

8      B.     That Netlist's Complaint in this action be dismissed in its entirety with

9   prejudice;

10     C.     That the Court enter a declaratory judgment that SMART Storage does

11  not infringe and has never infringed the Asserted Patents;

12     D.     That the Court enter a declaratory judgment that the asserted claims of

13  the Asserted Patents are invalid and void;

14     E.     That the Court declare this an exceptional case and award SMART

15  Storage its costs, expenses, and reasonable attorneys' fees pursuant to 35 U.S.C. §

16  285 and all other applicable statutes, rules, and common law; and

17     F.     That the Court award SMART Storage any and all other relief to

18  which it may be entitled, or which the Court deems just and proper.

19

20  Dated: November 14, 2013            Respectfully submitted,

21                                      JONES DAY

22                                      /s/ Steven J. Corr
                                        Steven J. Corr (State Bar No. 216243)
23                                      sjcorr@JonesDay.com
                                        JONES DAY
24                                      555 South Flower Street
                                        Los Angeles, CA 90071
25                                      Telephone: 1.213.243.2327
                                        Facsimile: 1.213.243.2539

26                                      Attorney for Defendant,
                                        SMART STORAGE SYSTEMS, INC.
27

28

1

**CERTIFICATE OF SERVICE**

2     The undersigned hereby certifies that a true and correct copy of the foregoing

3 document has been served on this date via electronic mail to all current and/or

4 opposing counsel of record.

5

6   Erin Paige Gibson                       Gregory C. Schodde

7   Ryan W. Cobb                            Thomas J. Wimbiscus

8   Sean Christy Cunningham                 Wayne H. Bradley

9   Stanley J. Panikowski , III             McAndrews Held and Malloy Ltd

10   DLA Piper LLP (US)                      500 West Madison Street Suite 3400

11   401 B Street, Ste 1700                  Chicago, IL 60661

12   San Diego, CA 92101                     Email: gschodde@mcandrews-ip.com

13   Email: erin.gibson@dlapiper.com         Email: twimbiscus@mcandrews-ip.com

14   Email: ryan.cobb@dlapiper.com           Email: wbradley@mcandrews-ip.com

15   Email: sean.cunningham@dlapiper.com

16   Email:stanley.panikowski@dlapiper.com

17

18   Rajiv S. Dharnidharka                   Howard M. Ullman

19   DLA Piper LLP                           Robert A. Rosenfeld

20   400 Capitol Mall, No. 2400              Orrick Herrington and Sutcliffe

21   Sacramento, CA 95814                    Orrick Building - 405 Howard Street

22   Email: rajiv.dharnidharka@dlapiper.com  San Francisco, CA 94105-2669

23                                           Email: hullman@orrick.com

24                                           Email: rrosenfeld@orrick.com

25

26

27

28

SMART Storage Answer and Counterclaims
Case No. 13-cv-00996 DOC (JPR)

William F. Abrams                         Matthew H. Poppe

Sanjeet Dutta                             Monte M. F. Cooper

King & Spalding LLP                       Orrick Herrington and Sutcliffe LLP

333 Twin Dolphin Drive, Suite 400         1000 Marsh Road

Redwood Shores, CA 94065                  Menlo Park, CA 94025

Email: wabrams@kslaw.com                  Email: mpoppe@orrick.com

Email: sdutta@kslaw.com                   Email: mcooper@orrick.com


Jason Blake Cunningham

King & Spalding LLP

101 Second Street Suite 2300

San Francisco, CA 94105

Email: bcunningham@kslaw.com


        I declare under penalty of perjury of the laws of the United States that the
foregoing is true and correct.  Executed this 14th day of November 2013 in Palo
Alto, California.


Dated:  November 14, 2013              JONES DAY


                                       /s/  Michelle Delos Angeles
                                       Michelle Delos Angeles
                                       Paralegal, Jones Day