1 [Counsel listed on signature pages]

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 NETLIST, INC.

| | |
|---|---|
| NETLIST, INC.<br><br>         Plaintiff,<br><br>    v.<br><br>SMART MODULAR TECHNOLOGIES, INC., SMART STORAGE SYSTEMS, INC., SMART WORLDWIDE HOLDINGS, INC. and DIABLO TECHNOLOGIES, INC.<br><br>         Defendants. | Case No. 4:13-cv-05889-YGR<br>ORDER GRANTING<br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** ~~AND PROPOSED ORDER~~ |

1  Pursuant to Fed. R. Civ. P. 41(a), Netlist, Inc. and SMART Modular Technologies, Inc.,
2  through their counsel, jointly stipulate to the dismissal of all claims against each other <u>without
3  prejudice</u>.  Netlist and SMART Modular agree that each party will bear its own costs and
4  attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 12, 2014        By: _____
                                     UNITED STATES DISTRICT JUDGE
                                     YVONNE GONZALEZ ROGERS

JOINT STIPULATION OF
DISMISSAL WITHOUT PREJUDICE          1                     Case No. 4:13-cv-05889-YGR

| | | |
|---|---|---|
| 1 | DATED: February 7, 2014 | KING & SPALDING LLP |
| 2 | | |
| 3 | | */s/ Michael F. Heafey* |
| 4 | | MICHAEL F. HEAFEY (SBN 153499) |
| 5 | | mheafey@kslaw.com<br>King & Spalding LLP |
| 6 | | 601 South California Avenue<br>Palo Alto, CA 94304 |
| 7 | | Telephone:  +1 650 422 6700<br>Facsimile:   +1 650 422 6800 |
| 8 | | Attorneys for Defendant |
| 9 | | SMART MODULAR TECHNOLOGIES, INC., |
| 10 | | |
| 11 | | McANDREWS, HELD & MALLOY |
| 12 | | */s/ Gregory C. Schodde* |
| 13 | | SEAN C. CUNNINGHAM (SBN 174931)<br>sean.cunningham@dlapiper.com |
| 14 | | STANLEY J. PANIKOWSKI (SBN 224232)<br>stanley.panikowski@dlapiper.com |
| 15 | | ERIN P. GIBSON (SBN 229305)<br>erin.gibson@dlapiper.com |
| 16 | | RYAN W. COBB (SBN 277608)<br>ryan.cobb@dlapiper.com |
| 17 | | DLA PIPER LLP (US)<br>401 B Street, Suite 1700 |
| 18 | | San Diego, CA 92101-4297<br>Telephone : 619-699-2700<br>Facsimile : 619-699-2701 |
| 19 | | |
| 20 | | RAJIV DHARNIDHARKA (Bar No. 234756)<br>rajiv.dharnidharka@dlapiper.com |
| 21 | | DLA PIPER LLP (US)<br>400 Capitol Mall, #2400 |
| 22 | | Sacramento, CA  95814<br>Telephone:     916-930-3200<br>Facsimile:      916-930-3201 |
| 23 | | |
| 24 | | THOMAS J. WIMBISCUS (Pro Hac Vice)<br>twimbiscus@mcandrews-ip.com |
| 25 | | GREGORY C. SCHODDE (Pro Hac Vice)<br>gschodde@mcandrews-ip.com |
| 26 | | WAYNE H. BRADLEY (Pro Hac Vice)<br>wbradley@mcandrews-ip.com |
| 27 | | McANDREWS, HELD & MALLOY<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661 |
| 28 | | |

| JOINT STIPULATION OF<br>DISMISSAL WITHOUT PREJUDICE | 2 | Case No. 4:13-cv-05889-YGR |
|---|---|---|

Telephone: 312-775-8000
Facsimile: 312-775-8100

Benjamin K. Riley (Bar No. 112007)
briley@bzbm.com
Robert N. Bunzel (Bar No. 99395)
rbunzel@bzbm.com
W. Paul Schuck (Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (Bar No. 246085)
sgoodfellow@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff NETLIST, INC.

JOINT STIPULATION OF
DISMISSAL WITHOUT PREJUDICE    3    Case No. 4:13-cv-05889-YGR