UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC,<br><br>    Plaintiff,<br><br>v.<br><br>SMART STORAGE SYSTEMS INC, et al.,<br><br>    Defendants. | Case No. 13-cv-05889-YGR (JSC)<br><br>**ORDER RE: JOINT DISCOVERY LETTER**<br><br>Re: Dkt. Nos. 146-4 |

On February 21, 2014, the parties filed a joint discovery letter concerning Plaintiff Netlist Inc.'s ("Netlist") request for infringement related discovery. (Dkt. No. 146-4.) Defendants Smart Storage Systems, Inc. and Diablo Technologies Inc. ("Diablo") opposed Netlist's document request, asserting that infringement related discovery should be stayed, and Defendants' deadline for producing invalidity contentions delayed, "because Netlist's Patent L.R. 3-1 Infringement Contentions are deficient." (*Id.* at 1.) One week later, Diablo filed a motion to strike Netlist's infringement contentions. (Dkt. No. 149.) The motion to strike was based on the same arguments Defendants used to oppose Netlist's discovery requests.

The Court denied Diablo's motion to strike, concluding that Netlist's infringement contentions were sufficient under Rule 3-1. (Dkt. No. 176.) Because Defendants' sole objection to Netlist's motion to compel—that Netlist's contentions were insufficient—has been resolved by the Court's Order denying Diablo's motion to strike, Netlist's motion to compel is GRANTED and Defendants' motion to stay is DENIED. Defendants shall produce Netlist's requested discovery as required by the Patent Local Rules.

**IT IS SO ORDERED.**

Dated: April 7, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge