UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>SMART STORAGE SYSTEMS, INC.,<br>SMART WORLDWIDE HOLDINGS, INC.<br>and DIABLO TECHNOLOGIES, INC.<br><br>            Defendants. | Case No. 4:13-cv-05889-YGR<br>**ORDER GRANTING**<br>**JOINT STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Netlist, Inc. and Defendant SMART Worldwide Holdings, Inc.,[1] by and through their counsel, stipulate and agree to the following:

1) to dismissal of all claims against SMART Worldwide <u>without prejudice</u>;

2) to withdrawal of SMART Worldwide's Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), without prejudice to re-file (SMART Worldwide has not answered, and so has not asserted any counterclaims or affirmative defenses); and

3) that each party will bear its own costs and attorneys' fees.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Defendant SMART Worldwide Holdings, Inc. ONLY is dismissed without prejudice from this action.

This order terminates Docket No. 183.

DATED:  April 15, 2014                                 By: _____
                                                                         UNITED STATES DISTRICT JUDGE
                                                                         YVONNE GONZALEZ ROGERS

---

[1] SMART Worldwide makes this stipulation as a special appearance and does not concede that the Court has personal jurisdiction over it.

JOINT STIPULATION OF
DISMISSAL WITHOUT PREJUDICE                          1                       Case No. 4:13-cv-05889-YGR