| | | |
|---|---|---|
| 1 | Thomas J. Wimbiscus (*Pro Hac Vice*) | Sean C. Cunningham (CA Bar No. 174931) |
|   | twimbiscus@mcandrews-ip.com | sean.cunningham@dlapiper.com |
| 2 | Gregory C. Schodde (*Pro Hac Vice*) | **DLA PIPER LLP (US)** |
|   | gschodde@mcandrews-ip.com | 401 B Street, Suite 1700 |
| 3 | Ronald H. Spuhler (*Pro Hac* Vice) | San Diego, California 92101-4297 |
|   | rspuhler@mcandrews-ip.com | 619-699-2700 |
| 4 | Wayne H. Bradley (*Pro Hac Vice*) | 619-699-2701 - Facsimile |
|   | wbradley@mcandrews-ip.com | |

**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
312-775-8000
312-775-8100 - Facsimile

Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
Robert N. Bunzel (CA Bar No. 99395)
rbunzel@bzbm.com
W. Paul Schuck (CA Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (CA Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (CA Bar No. 246085)
sgoodfellow@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
(415) 956-1900
(415) 956-1152 - Facsimile

Attorneys for Plaintiff
NETLIST, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMART STORAGE SYSTEMS, INC., and DIABLO TECHNOLOGIES, INC., <br><br> Defendants. | CASE NO. 4:13-CV-05889-YGR <br> ORDER GRANTING <br> **JOINT STIPULATION WITH PROPOSED ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO STAY** <br><br> AS MODIFIED BY THE COURT |

1  On June 24, 2014, Defendant Smart Storage Systems, Inc. ("Smart Storage") filed a
2  motion to stay Netlist's infringement claims pending PTO review. [Dkt. No. 218]. On July 1,
3  Diablo Technologies, Inc.'s ("Diablo's") filed a paper joining Smart Storage's motion, which
4  provides additional bases for Defendants' requested relief. [Dkt No. 220] Plaintiff Netlist, Inc.'s
5  ("Netlist's") opposition to these papers are presumably due on July 8 and July 15, respectively.
6  With respect to these dates, Netlist requests that the Court extend this briefing schedule so that
7  Netlist can file a single, consolidated opposition that addresses all of the Defendants' arguments
8  in a single paper.

9  Pursuant to Local Rule 6.1, Netlist, Smart Storage, and Diablo stipulate to the following
10 briefing schedule: (1) Netlist will file its consolidated opposition by Thursday, July 10; (2)
11 Defendants may file a reply brief by Thursday, July 17.  Under this proposed schedule, the
12 parties' briefing will be completed nearly two weeks in advance of the hearing, currently
13 scheduled for July 29.  The parties are also amenable to resetting the hearing date, to a date
14 convenient for the Court, should the Court like additional time to review the papers prior to the
15 hearing.

### ORDER

16 The parties' briefs shall be filed as set forth above.  Hearing on the motion is RESET to August 5, 2014, at 2:00 p.m. This order terminates Dkt. No. 222.
17 **IT IS SO ORDERED**.

18
19 Signed this __9th__ day of __July_____, 2014.

20
21
22                                                        HON. YVONNE GONZALEZ ROGERS
23                                                         U.S. DISTRICT COURT JUDGE

24
25
26
27
28

Joint Stipulation To Set                           - 1 -                          4:13-CV-05889-YGR
Briefing Schedule For Motion To Stay

|  |  |
|---|---|
|  | **McANDREWS, HELD & MALLOY, LTD.** |
| Dated: July 8, 2014 | /s/ *Gregory C. Schodde*<br>THOMAS J. WIMBISCUS<br>GREGORY C. SCHODDE<br>WAYNE H. BRADLEY |
|  | **BARTKO, ZANKEL, BUNZEL & MILLER**<br>BENJAMIN K. RILEY<br>ROBERT N. BUNZEL<br>W. PAUL SCHUCK<br>SONY B. BARARI<br>SIMON R. GOODFELLOW |
|  | **DLA PIPER LLP (US)**<br>SEAN C. CUNNINGHAM<br>STANLEY J. PANIKOWSKI<br>ERIN P. GIBSON<br>RAJIV DHARNIDHARKA<br>RYAN W. COBB |
|  | Attorneys for Plaintiff<br>NETLIST, INC. |
|  | **STEPTOE & JOHNSON LLP** |
| Dated: July 8, 2014 | /s/ *Douglas R. Peterson*<br>WILLIAM F. ABRAMS<br>DOUGLAS R. PETERSON<br>SANJEET DUTTA |
|  | Attorneys for Defendants<br>DIABLO TECHNOLOGIES, INC. |
|  | **JONES DAY** |
| Dated: July 8, 2014 | /s/ *Steven J. Corr*<br>GREGORY L. LIPPETZ<br>KATHLEEN D. LYNOTT<br>STEVEN J. CORR |
|  | Attorneys for Defendant<br>SMART STORAGE SYSTEMS, INC. |

## ECF CERTIFICATION

I, Gregory C. Schodde, am the ECF user whose ID and password are being used to file the foregoing document.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.


Dated:  July 8, 2014					/s/ Gregory C. Schodde
							GREGORY C. SCHODDE