Thomas J. Wimbiscus (*Pro Hac Vice*)
twimbiscus@mcandrews-ip.com
Gregory C. Schodde (*Pro Hac Vice*)
gschodde@mcandrews-ip.com
Ronald H. Spuhler (*Pro Hac* Vice)
rspuhler@mcandrews-ip.com
Wayne H. Bradley (*Pro Hac Vice*)
wbradley@mcandrews-ip.com
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
312-775-8000
312-775-8100 - Facsimile

Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
Robert N. Bunzel (CA Bar No. 99395)
rbunzel@bzbm.com
W. Paul Schuck (CA Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (CA Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (CA Bar No. 246085)
sgoodfellow@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
(415) 956-1900
(415) 956-1152 - Facsimile

Sean C. Cunningham (CA Bar No. 174931)
sean.cunningham@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101-4297
619-699-2700
619-699-2701 - Facsimile

Attorneys for Plaintiff
NETLIST, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMART STORAGE SYSTEMS, INC., and DIABLO TECHNOLOGIES, INC., <br><br> Defendants. | CASE NO. 4:13-CV-05889-YGR <br><br> ORDER GRANTING <br>**JOINT STIPULATION WITH PROPOSED ORDER TO MODIFY DEADLINE FOR EXCHANGING PROPOSED CLAIM CONSTRUCTIONS** |

On June 20, 2014, the parties exchanged their proposed terms for construction, as required by the Court's May 9, 2014 Order [Dkt. No. 209].  Plaintiff Netlist, Inc. identified nine terms to be construed; Defendants Smart Storage Systems, Inc. ("Smart Storage") and Diablo Technologies, Inc.'s ("Diablo's") identified 91 terms.  Since then, the parties have had numerous discussions in hopes on narrowing the number of terms to be construed.

Pursuant to Local Rule 6.1, Netlist, Smart Storage, and Diablo stipulate to the following modifications to the current claim construction schedule:

| Current Date | Event | [Proposed] New Date |
| --- | --- | --- |
| N/A | Defendants to provide Netlist with list of 60 proposed terms to be construed (which should include the nine terms previously identified by Netlist); to be produced on a rolling basis, starting July 15, if possible. | Completed by July 16, 2014 |
| July 11, 2014 | Preliminary claim constructions and extrinsic evidence. P.L.R. 4–2. | July 28, 2014 |
| July 22, 2014 | Deadline to request leave to designate additional terms for construction. Judge Rogers's Standing Order in Patent Cases. | August 5, 2014 |
| August 5, 2014 | Joint Claim Construction and Prehearing Statement. P.L.R. 4–3. | August 19, 2014 |
| September 4, 2014 | Complete Claim Construction Discovery. P.L.R. 4–4. | No change |
| September 26, 2014 | Opening Claim Construction Brief. P.L.R. 4–5(a). | No change |
| October 17, 2014 | Responsive Claim Construction Brief. P.L.R. 4–5(b). | No change |
| October 24, 2014 | Reply Claim Construction Brief. P.L.R. 4–5(c). | No change |
| November 14, 2014 | Claim Construction Tutorial | No change |
| November 19, 2014 | Claim Construction Hearing | No change |

IT IS SO ORDERED.
DATED: JULY 14, 2014

YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE