United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST, INC.**,<br><br>  Plaintiff,<br><br> vs.<br><br>**SMART STORAGE SYSTEMS, INC., SMART WORLDWIDE HOLDINGS, INC., AND DIABLO TECHNOLOGIES, INC.**,<br><br>  Defendant. | Case No.:13-cv-5889-YGR<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT CLAIM CONSTRUCTION TERMS LIST** |

In anticipation of the hearing on Defendants' Motion for Stay Pending *Inter Partes* Review, and to facilitate a discussion of the potential scope and effects of any order for stay, the Court directs the parties to file a list of all terms presently proposed for claim construction. The list of terms should be organized by patent and claim, and should specify whether the term is part of an independent or dependent claim, and which party proposes the term for construction.

The parties are directed to submit this list no later than **Tuesday, August 5, 2014, at 10:00 a.m.**

**IT IS SO ORDERED**.

**Date: July 31, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**