Counsel for all parties listed on the signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., | CASE NO. 4:13-CV-05889-YGR |
| Plaintiff, | ORDER GRANTING REVISED ~~JOINT STATEMENT WITH PROPOSED ORDER REGARDING~~ PATENT SCHEDULE AND AMENDED COMPLAINT |
| v. | |
| SMART STORAGE SYSTEMS, INC., and DIABLO TECHNOLOGIES, INC., | |
| Defendants. | |

1    Pursuant to the Court's Minute Entry of September 22, 2014 [Dkt. No. 260], Plaintiff

2  Netlist, Inc. ("Netlist") and Defendants SMART Storage Systems, Inc. ("SMART Storage") and

3  Diablo Technologies, Inc. ("Diablo," collectively "Defendants") submit this joint statement:

4    (1) The parties have resolved all disputes with regards to Netlist filing its Third Amended

5    Complaint to add SanDisk Corporation as a named defendant.  The parties submitted a

6    joint stipulation on October 1, 2014 [Dkt. No. 262], wherein the parties agreed that

7    Netlist may file the amended complaint attached thereto.  As such, Netlist has

8    withdrawn its motion for leave, and all further dates related to this motion (including

9    the October 28 hearing date) may be removed from the Court's calendar.

10    (2) The parties agree that discovery in the patent case shall proceed pending the PTO's

11    decision whether to institute *inter partes* review (which is expected in late 2014 or

12    early 2015).  This discovery may include, but not be limited to, topics such as the

13    structure, function, operation, marketing and sales of the accused products.  By so

14    agreeing, no party is waiving its objection that particular discovery should take place

15    after the PTO's decision on whether to institute *inter partes* review.  The parties

16    propose the following schedule for the patent claims:

| EVENT | PARTIES' PROPOSED DEADLINE |
|---|---|
| Non-Expert Discovery Cut Off | April 15, 2015 |
| Expert Disclosure | May 1, 2015 |
| Rebuttal Expert Disclosure | May 15, 2015 |
| Expert Discovery Cut Off | May 29, 2015 |
| Deadline for Identifying Asserted Claims | May 29, 2015 |
| Dispositive Motions | Opening Brief – June 11, 2015 Opposition Brief – June 25, 2015 Reply Brief – July 2, 2015 |
| Trial Date for Trade Secret Case (13-CV-5962 YGR) | July 6, 2015 |

1    In view of the foregoing, the parties respectfully request that the Compliance Hearing currently

2    scheduled for October 14, 2014, at 1:00 p.m. be taken off calendar.

3                                            ORDER

     The Court adopts the above schedule. The stipulation to file the amended complaint has

4    been granted in related action 13-cv-5962 YGR.  The compliance hearing

5    set for October 14, 2014, is VACATED.

     **IT IS SO ORDERED**.

6

7          Signed this __8th_ day of October, 2014.

8

9

10                                        HON. YVONNE GONZALEZ ROGERS
                                          U.S. DISTRICT COURT JUDGE
11

12

13

14                                        **McANDREWS, HELD & MALLOY, LTD.**

15

16   Dated:  October 6, 2014             _/s/ Ronald H. Spuhler_

17                                        THOMAS J. WIMBISCUS
                                          GREGORY C. SCHODDE
18                                        RONALD H. SPUHLER
                                          WAYNE H. BRADLEY

19                                        **BARTKO, ZANKEL, BUNZEL & MILLER**
20                                        BENJAMIN K. RILEY
                                          ROBERT N. BUNZEL
21                                        W. PAUL SCHUCK
                                          SONY B. BARARI
22                                        SIMON R. GOODFELLOW

23                                        **DLA PIPER LLP (US)**
                                          SEAN C. CUNNINGHAM
24                                        STANLEY J. PANIKOWSKI
                                          ERIN P. GIBSON
25                                        RAJIV DHARNIDHARKA
                                          RYAN W. COBB
26
                                          Attorneys for Plaintiff
27                                        NETLIST, INC.

28

**Joint Statement Regarding Patent Schedule And**          - 2 -          **4:13-CV-05889-YGR**
**Amended Complaint**

1

**McDERMOTT WILL & EMERY LLP**

2    Dated:  October 6, 2014

/s/ *Fabio E. Marino*

3                                        FABIO E. MARINO
JUDITH S.H. HOM

4                                        Attorneys for Defendants
DIABLO TECHNOLOGIES, INC.

5

6

**JONES DAY**

7

8    Dated:  October 6, 2014

/s/ *Steven J. Corr*
GREGORY L. LIPPETZ
KATHLEEN D. LYNOTT

9                                        STEVEN J. CORR

10                                      Attorneys for Defendant
SMART STORAGE SYSTEMS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28