Counsel for all parties listed on the signature page

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC., | CASE NO. 4:13-CV-05889-YGR |
| Plaintiff, | ORDER GRANTING **JOINT STATEMENT** ~~AND PROPOSED ORDER~~ **REGARDING DEADLINES FOR NEWLY-ADDED DEFENDANT, SANDISK, INC.** |
| v. | |
| SMART STORAGE SYSTEMS, INC., DIABLO TECHNOLOGIES, INC., and SANDISK, INC. | |
| Defendants. | |

On October 7, 2014, Plaintiff Netlist, Inc. ("Netlist") filed its Third Amended Complaint adding SanDisk, Inc. ("SanDisk") as a named Defendant.  On October 22, 2014, Netlist served the Third Amended Complaint on SanDisk.  Netlist and SanDisk stipulate as follows:

Netlist's First Amended Complaint alleged that SMART Storage Systems, Inc. ("SMART Storage") infringes several Netlist patents as a result of, for example, SMART Storage's sale of its ULLtraDIMM memory product.  In August 2013, SanDisk acquired SMART Storage.  In its Third Amended Complaint, Netlist alleges that SanDisk infringes several Netlist patents by, *inter alia*, selling the same ULLtraDIMM product.  SanDisk denies these allegations.

While SanDisk is still investigating Netlist's claims, at this point SanDisk believes that its positions will generally be aligned with those of SMART Storage, particularly as to Sections 1, 3, 4, 6, 9, 11-14, 16 and 18-21 of the parties' recent Updated Joint Case Management Statement filed on September 15, 2014 [Dkt. No. 255].  Thus, unless the Court believes otherwise, the parties believe that there is no need to submit yet another Case Management Statement at this time.

The parties stipulate that the Protective Order [Dkt. No. 203] and Order Regarding Discovery of Electronically Stored Information [Dkt. 231] previously entered by this Court shall equally apply to SanDisk, unless and until SanDisk moves to amend such order(s).

Netlist and SanDisk also stipulate to the following deadlines regarding Netlist's claims:

| EVENT | DEADLINE |
|---|---|
| SanDisk to answer Netlist's Third Amended Complaint or otherwise plead | November 7, 2014 |
| Fact Discovery to open as to SanDisk | November 7, 2014 |
| Parties to exchange initial disclosures pursuant to FRCP 26(a)(1) | November 21, 2014 |
| Netlist to serve LPR 3-1 Disclosures (asserted claims and infringement contentions) and LPR 3-2 Production on SanDisk | November 21, 2014 |
| SanDisk to serve LPR 3-3 Invalidity Contentions and LPR 3-4 Production on Netlist | January 9, 2015 |

1   All other deadlines will follow the patent scheduled entered by the Court on October 8, 2014

2   [Dkt. No. 270].

3                                   ORDER

          Based upon the foregoing stipulation, IT IS SO ORDERED.

4

5       Signed this 31st  day of October, 2014.

6

7

8   HON. YVONNE GONZALEZ ROGERS

9    UNITED STATES DISTRICT COURT

10  **McANDREWS, HELD & MALLOY, LTD.**

11

12

13  Dated:  October 29, 2014            /s/ *Ronald H. Spuhler*
                                        THOMAS J. WIMBISCUS
                                        GREGORY C. SCHODDE
14                                      RONALD H. SPUHLER
                                        WAYNE H. BRADLEY
15

16                                      **BARTKO, ZANKEL, BUNZEL & MILLER**
                                        BENJAMIN K. RILEY
                                        ROBERT N. BUNZEL
17                                      W. PAUL SCHUCK
                                        SONY B. BARARI
18                                      SIMON R. GOODFELLOW

19                                      **DLA PIPER LLP (US)**
                                        SEAN C. CUNNINGHAM
20
                                        Attorneys for Plaintiff
21                                      NETLIST, INC.

22

23                                      **JONES DAY**

24  Dated:  October 29, 2014            /s/ *Steven J. Corr*
                                        GREGORY L. LIPPETZ
25                                      KATHLEEN D. LYNOTT
                                        STEVEN J. CORR
26
                                        Attorneys for Defendant
27                                      SANDISK, INC.

28