# CONFIDENTIAL JOINT DISCOVERY LETTER NO. 2

## (SUBMITTED UNDER SEAL)