FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Admitted Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:    650 815 7400
Facsimile:    650 815 7401

RUSSELL HAYMAN (SBN 110643)
rhayman@mwe.com
JON S. DEAN (SBN 184972)
jdean@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: 310-277-4110
Facsimile: 310-277-4730

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMART STORAGE SYSTEMS, INC., a Delaware corporation AND DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>Defendants. | CASE NO.  4:13-cv-05889 YGR<br>(Related Case No. 4:13-cv-05962 YGR)<br><br>**DEFENDANT DIABLO TECHNOLOGIES, INC.'S NOTICE OF JOINDER TO SANDISK CORPORATION'S AND SMART STORAGE SYSTEMS, INC.'S SUPPLEMENTAL STATEMENT IN SUPPORT OF MOTION TO STAY PENDING *INTER PARTES* REVIEW AT THE U.S. PATENT & TRADEMARK OFFICE**<br><br>Date:    April 21, 2015<br>Time:    2:00 p.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Diablo Technologies, Inc. ("Diablo") will and hereby joins Defendants SanDisk Corporation's and Smart Storage Systems, Inc.'s (collectively, "Defendants") Supplemental Statement in Support of Motion to Stay Pending *Inter Partes* Review at the U.S. Patent & Trademark Office and the documents filed concurrently therewith; the pleadings and papers on file in this action; and the argument of counsel presented at the hearing on the motion.

Dated: March 17, 2015

Respectfully submitted,
McDERMOTT WILL & EMERY LLP

By: */s/ Teri H.P. Nguyen*
    Teri H.P. Nguyen

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.