UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SMART STORAGE SYSTEMS INC, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05889-YGR   (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 305 |

Plaintiff Netlist, Inc. ("Netlist') sues Defendant SanDisk Corporation ("SanDisk"), among others, for infringement of a number of patents. The matter has been referred to the undersigned magistrate judge for the purposes of discovery. (Dkt. No. 147.) Now before the Court is the parties' joint letter brief regarding a discovery dispute, in which Netlist seeks to compel SanDisk to produce certain discovery, and SanDisk seeks a protective order barring Netlist from seeking any further discovery on this issue. (Dkt. No. 305.) The Court held a hearing on the discovery dispute on March 19, 2015. For the reasons stated on the record in open court at the hearing, the Court DENIES Netlist's request for a motion to compel. The Court declines to enter a protective order at this time and expects that this Order and the on-the-record discussion at the hearing provide sufficient direction for Netlist to follow with respect to future discovery requests.

**IT IS SO ORDERED.**

Dated: March 19, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge