UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **SMART STORAGE SYSTEMS, INC., SANDISK CORPORATION, AND DIABLO TECHNOLOGIES, INC.**, <br><br> Defendants. | Case No.:13-cv-5889-YGR <br><br> **ORDER CONTINUING COMPLIANCE RE: STATUS OF PENDING *INTER PARTES* REVIEW** |

The Court is in receipt of the parties' Joint Status Report Regarding *Inter Partes* Review. (Dkjt. No. 332.) In light thereof, the compliance hearing currently set for Friday, October 9, 2015, is **CONTINUED** to Friday, **January 15, 2016,** at 9:01 a.m. in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Five (5) business days prior to the date of the compliance hearing, the parties shall file a Joint Statement setting forth the status of the IPR proceedings.

**IT IS SO ORDERED**.

Date: October 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**