Thomas J. Wimbiscus (*Pro Hac Vice*)
twimbiscus@mcandrews-ip.com
Gregory C. Schodde (*Pro Hac Vice*)
gschodde@mcandrews-ip.com
Ronald H. Spuhler (*Pro Hac* Vice)
rspuhler@mcandrews-ip.com
Wayne H. Bradley (*Pro Hac Vice*)
wbradley@mcandrews-ip.com
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
312-775-8000
312-775-8100 - Facsimile


Attorneys for Plaintiff
NETLIST, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SMART STORAGE SYSTEMS, INC., DIABLO TECHNOLOGIES, INC., and SANDISK CORPORATION<br><br>Defendants. | CASE NO. 4:13-CV-05889-YGR<br><br>**JOINT STATUS REPORT REGARDING** *INTER PARTES* **REVIEW** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Joint Status Report Regarding** *Inter Partes* **Review**                                              4:13-CV-05889-YGR

1    Pursuant to the Court's October 5, 2015 order [Dkt. No. 333], the parties submit the

2    following status report of the pending *inter partes* review proceedings before the Patent Office.

3    To date, Defendants SanDisk Corporation ("SanDisk"), Diablo Technologies ("Diablo"),

4    and former Defendant SMART Modular Technologies ("SMART Modular"), filed IPR petitions

5    seeking review of all seven of the asserted Netlist patents.  As further detailed below, the Patent

6    Trial and Appeal Board ("Board") instituted review of four of the seven patents.  As to the three

7    patents where the Board did not institute proceedings (U.S. Patent Nos. 8,301,833; 8,516, 185 and

8    8,516,187), no further petitions are pending.

9    The four patents being reviewed are subject to nine instituted IPR proceedings.  These

10   proceedings can generally be grouped as follows (based on the time that the petitions were filed):

11        • The Board recently issued final written decisions in five of the nine instituted IPR

12   proceedings.  Two decisions were split, with the Board holding that some reviewed claims are

13   patentable while others are not.  In the other three decisions, the Board held that none of the

14   reviewed claims are patentable.

15        • The Board heard oral argument in mid-November in two of the IPR proceedings

16   (which correspond to the two recent rulings in which at least some claims were held to be

17   patentable).  A final written decision is expected in these cases on or about March 10, 2016.

18        • The final two proceedings include claims that were already held to be unpatentable

19   by the Board.  A final written decision is expected in these cases on or about October 8, 2016.

20   The following table shows a breakdown of the instituted IPR proceedings by patent:

21

22        • **USP 8,001,434**

23

| Case No. | Petitioner | Final Decision |
|----------|------------|----------------|
| 2014-00970 | SanDisk | Claims 2, 5, 6, 7-13, 17, 18, 26 and 35 are patentable; Claims 1, 14, 15, 19-25 and 27-34 are unpatentable |
| 2014-01372 | SMART Modular | Review instituted as to claims 1-4, 14-20, 27 and 29; decision expected on or before March 10, 2016 |

24

25

26

27

28

- **USP 8,359,501**

| Case No. | Petitioner | Final Decision |
|---|---|---|
| 2014-00971 | SanDisk | Claims 4, 9 and 10 are patentable; claims 1-3, 5-8 and 11-20 are unpatentable |
| 2014-01374 | SMART Modular | Review instituted as to claims 1, 2, 4-6, 9-11, 14-17 and 20; decision expected on or before March 10, 2016 |

- **USP 7,881,150**

| Case No. | Petitioner | Final Decision (estimate) |
|---|---|---|
| 2014-00882 | Diablo | Claims 15-17, 22, 24, 26 and 31-33 are unpatentable |
| 2014-01011 | Diablo | Claims 15-17, 22, 24, 26 and 31-33 are unpatentable |
| 2015-01020 | SanDisk | Review instituted as to claims 15-17, 22, 24, 26 and 31-33; decision expected on or before October 8, 2016 |

- **USP 8,081,536**

| Case No. | Petitioner | Final Decision (estimate) |
|---|---|---|
| 2014-00883 | Diablo | Claims 1, 16, 17, 24, 30 and 31 are unpatentable |
| 2015-01021 | SanDisk | Review instituted as to claims 1, 16, 17, 24, 30 and 31; decision expected on or before October 8, 2016 |

The parties are available should the Court have any questions regarding these proceedings. Otherwise, the parties request that the Court postpone the January 15, 2016 scheduling conference. The parties recommend that they submit another status report within ten (10) business days after receiving the Board's expected rulings – which they expect on or before March 10, 2016.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**McANDREWS, HELD & MALLOY, LTD.**

Dated: January 7, 2016           /s/ *Ronald H. Spuhler*
THOMAS J. WIMBISCUS
GREGORY C. SCHODDE
RONALD H. SPUHLER
WAYNE H. BRADLEY

**DLA PIPER LLP (US)**
SEAN C. CUNNINGHAM

Attorneys for Plaintiff
NETLIST, INC.

**McDERMOTT WILL & EMERY LLP**

Dated:  January 7, 2016           /s/ *Fabio E. Marino*
FABIO E. MARINO

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

**JONES DAY**

Dated:  January 7, 2016           /s/ *Steven J. Corr*
GREGORY L. LIPPETZ
KATHLEEN D. LYNOTT
STEVEN J. CORR

Attorneys for Defendant
SMART STORAGE SYSTEMS, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF CERTIFICATION

I, Ronald H. Spuhler, am the ECF user whose ID and password are being used to file the foregoing document.

I hereby attest in accordance with Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated:  January 7, 2016                                        /s/ *Ronald H. Spuhler*
                                                                          Ronald H. Spuhler