UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NETLIST, INC.**,

    Plaintiff,

vs.

**SMART STORAGE SYSTEMS, INC., SANDISK CORPORATION, AND DIABLO TECHNOLOGIES, INC.**,

    Defendants.

Case No.:13-cv-5889-YGR

**ORDER CONTINUING COMPLIANCE RE: STATUS OF PENDING *INTER PARTES* REVIEW**

The Court is in receipt of the parties' Joint Status Report Regarding *Inter Partes* Review. (Dkjt. No. 335.) In light thereof, the compliance hearing currently set for January 15, 2016, is **CONTINUED** to **Friday, April 1, 2016,** at 9:01 a.m. in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Five (5) business days prior to the date of the compliance hearing, the parties shall file a Joint Statement setting forth the status of the IPR proceedings.

    **IT IS SO ORDERED**.

**Date: January 11, 2016**

    _____
    **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**