United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7  **NETLIST, INC.**,                                          Case No.:13-cv-5889-YGR
8              Plaintiff,                                       **ORDER CONTINUING COMPLIANCE RE:**
                                                                **STATUS OF PENDING *INTER PARTES* REVIEW**
9         vs.
10
11  **SMART STORAGE SYSTEMS, INC., SANDISK**
    **CORPORATION, AND DIABLO TECHNOLOGIES,**
    **INC.**,
12
13            Defendants.
14

15         The Court is in receipt of the parties' Joint Status Report Regarding *Inter Partes* Review.

16  (Dkt. No. 338.)  In light thereof, the compliance hearing currently set for April 1, 2016, is

17  **CONTINUED** to **Friday, August 26, 2016,** at 9:01 a.m. in Courtroom 1 of the United States

18  Courthouse located at 1301 Clay Street in Oakland, California.  Five (5) business days prior to the

19  date of the compliance hearing, the parties shall file a Joint Statement setting forth the status of the

20

21  IPR proceedings.

22         **IT IS SO ORDERED**.

23  **Date: March 29, 2016**

24                                                             _____
                                                               **YVONNE GONZALEZ ROGERS**
25                                                             **UNITED STATES DISTRICT COURT JUDGE**

26
27
28