Thomas J. Wimbiscus (*Pro Hac Vice*)
twimbiscus@mcandrews-ip.com
Gregory C. Schodde (*Pro Hac Vice*)
gschodde@mcandrews-ip.com
Ronald H. Spuhler (*Pro Hac* Vice)
rspuhler@mcandrews-ip.com
Wayne H. Bradley (*Pro Hac Vice*)
wbradley@mcandrews-ip.com
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
312-775-8000
312-775-8100 - Facsimile

Attorneys for Plaintiff
NETLIST, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SMART STORAGE SYSTEMS, INC., DIABLO TECHNOLOGIES, INC., and SANDISK CORPORATION<br><br>Defendants. | CASE NO. 4:13-CV-05889-YGR<br>**ORDER GRANTING**<br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 41, Netlist, Inc. and Diablo Technologies, Inc. jointly stipulate to the dismissal of all claims against each other without prejudice. Netlist and Diablo agree that each party will bear its own costs and attorneys' fees. |
| 2 | |
| 3 | |
| 4 | In view of Diablo's bankruptcy proceeding, this motion is being signed by Greg J. Adams for Ernst & Young Inc, in its capacity as the bankruptcy trustee of Diablo's estate and not in its personal capacity. |

**McANDREWS, HELD & MALLOY, LTD.**

Dated: November 6, 2018      /s/ *Ronald H. Spuhler*
                             THOMAS J. WIMBISCUS
                             GREGORY C. SCHODDE
                             RONALD H. SPUHLER
                             WAYNE H. BRADLEY

                             Attorneys for Plaintiff
                             NETLIST, INC.


Dated:  November 6, 2018     /s/ *Gregory J. Adams*
                             GREGORY J. ADAMS
                             Associate Partner-Senior Vice President
                             Ernst & Young Inc.

                             Ernst & Young Inc. in its capacity as Trustee in
                             Bankruptcy of Diablo Technologies, Inc. and not in
                             its personal capacity

ORDER

Pursuant to the above stipulation, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: November 9, 2018      _____
                             YVONNE GONZALEZ ROGERS
                             UNITED STATES DISTRICT COURT

**Joint Stipulation of Dismissal Without Prejudice**      - 1 -      4:13-CV-05889-YGR