UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST, INC.,** <br><br> Plaintiff, <br><br> vs. <br><br> **SMART STORAGE SYSTEMS, INC., SANDISK CORPORATION, AND DIABLO TECHNOLOGIES, INC.,** <br><br> Defendants. | Case No.:13-cv-5889-YGR <br><br> **ORDER AMENDING ORDER ON STIPULATION RE: DISMISSAL; REOPENING CASE; AND CONTINUING COMPLIANCE RE: CASE STATUS** |

Due to a clerical error, the November 9, 2018 Order Granting Joint Stipulation re: Dismissal Without Prejudice (Dkt. No. 368) inadvertently failed to note that the dismissal applied **only** to the claims as between Netlist, Inc. and Diablo Technologies, Inc. As a result, the case was administratively closed in error on November 11, 2018. The November 9, 2018 Order is hereby **AMENDED** to clarify that the claims as between plaintiff Netlist Inc. and defendants SMART Storage Systems, Inc. and SanDisk Corporation remain at issue. The Court therefore directs the Clerk to **REOPEN** the case.

The Court is in receipt of the status report filed January 11, 2019. (Dkt. No. 370.) Based thereon, the compliance hearing currently set for January 18, 2019, is **CONTINUED** to Friday, **June 14, 2019**, at 9:01 a.m. Five business days prior to the compliance hearing, plaintiff Netlist Inc. and defendants Smart Storage Systems, Inc. and SanDisk, LLC shall file a joint status report regarding the status of the action and *inter partes* review proceedings, as well as the related Hynix IPR appeals.

**IT IS SO ORDERED.**
Dated: January 17, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**