Thomas J. Wimbiscus (*Pro Hac Vice*)
twimbiscus@mcandrews-ip.com
Gregory C. Schodde (*Pro Hac Vice*)
gschodde@mcandrews-ip.com
Ronald H. Spuhler (*Pro Hac* Vice)
rspuhler@mcandrews-ip.com
Wayne H. Bradley (*Pro Hac Vice*)
wbradley@mcandrews-ip.com
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
312-775-8000
312-775-8100 - Facsimile

Attorneys for Plaintiff
NETLIST, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SMART STORAGE SYSTEMS, INC., and SANDISK CORPORATION<br><br>Defendants. | CASE NO. 4:13-CV-05889-YGR<br>**ORDER GRANTING**<br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41, Netlist, Inc. and the remaining Defendants (SMART Storage Systems, Inc. and SanDisk Corporation) jointly stipulate to the dismissal of all claims against each other without prejudice, with the exception of Netlist's infringement claims regarding the DDR3-only ULLtraDIMM product, which are dismissed with prejudice. Netlist and the Defendants agree that each party will bear its own costs and attorneys' fees.

**McANDREWS, HELD & MALLOY, LTD.**

Dated: May 15, 2020   /s/ *Ronald H. Spuhler*
THOMAS J. WIMBISCUS
GREGORY C. SCHODDE
RONALD H. SPUHLER
WAYNE H. BRADLEY

Attorneys for Plaintiff
NETLIST, INC.

**JONES DAY**

Dated: May 15, 2020   /s/ *Steven J. Corr*

STEVEN J. CORR

Attorneys for Defendants
SMART STORAGE SYSTEMS, INC. and
SANDISK, LLC

IT IS SO ORDERED

5/19/2020

Judge Yvonne Gonzalez Rogers